# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3534
_____

SHANIQUA ANDERSON,

Appellant,

v.

BAPTIST HEALTH CARE
CORPORATION,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

March 26, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Chad E. Levy of Law Offices of Levy & Levy, P.A., Coral Springs, for Appellant.

Russell F. Van Sickle of Beggs & Lane, Pensacola, for Appellee.